*871 Sup. Ct. La.; Sup. Ct. Tenn.; Sup. Ct. Ala.; Ct. Crim. App. Tenn.; Sup. Ct. Mo.; Sup. Ct. Mo.; C. A. 9th Cir.; Sup. Ct. Fla.; Sup. Ct. Ala.; Ct. Crim. App. Tex.; Sup. Ct. Ga.; Sup. Ct. Fla.; Ct. App. Mo., Eastern Dist.; Sup. Ct. Fla.; Sup. Ct. Fla.; Sup. Ct. Ala.; Sup. Ct. Fla.; Ct. Crim. App. Ala.; Sup. Ct. Fla.; Sup. Ct. Va.; Sup. Ct. Va.; Sup. Ct. Va.; Sup. Ct. Va.; Sup. Ct. Mo.; Sup. Ct. Cal.; Sup. Ct. Ga.; Ct. App. Ohio, Cuyahoga County; Sup. Ct. 111.; Sup. Ct. Pa.; C. A. 11th Cir.; Sup. Ct. Cal.; Sup. Ct. Cal.; Sup. Ct. Cal.; Sup. Ct. Wash.; *872 Sup. Ct. Ind.; Sup. Ct. S. C.; C. A. 11th Cir.; Ct. Crim. App. Okla.; and Sup. Ct. 111. Certiorari denied.
No. 88-5138.
No. 88-5147.
No. 88-5178.
No. 88-5190.
No. 88-5194.